B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | **AMENDED**<br>Voluntary Petition<br>Case #: 12-52609 |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Navaira, III, Emilio H.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Navaira, Maria Eugenia** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**dba EHN Entertainment, Inc.; aka Emilio Navaira** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>**aka Maria I. Navaira** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-6004** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-8484** |
| Street Address of Debtor (No. and Street, City, and State):<br>**12980 Trawalter**<br>**Von Ormy, TX** ZIP CODE **78073** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**12980 Trawalter**<br>**Von Ormy, TX** ZIP CODE **78073** |
| County of Residence or of the Principal Place of Business:<br>**Bexar** | County of Residence or of the Principal Place of Business:<br>**Bexar** |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 397**<br>**Von Ormy, TX** ZIP CODE **78073** | Mailing Address of Joint Debtor (if different from street address):<br>**PO Box 397**<br>**Von Ormy, TX** ZIP CODE **78073** |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box: Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontigent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2013 (Build 9.1.80.1, ID 3969568013)*

| B1 (Official Form 1) (12/11) | Page 2 |
|---|---|

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Emilio H. Navaira, III** <br> **Maria Eugenia Navaira** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X** /s/ Ruben E. Vasquez     6/4/2013 <br>      **Ruben E. Vasquez**     Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1) (12/11) | Page 3 |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): **Emilio H. Navaira, III** <br> **Maria Eugenia Navaira** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X /s/ Emilio H. Navaira, III** <br> Emilio H. Navaira, III <br><br> **X /s/ Maria Eugenia Navaira** <br> Maria Eugenia Navaira <br><br> Telephone Number (If not represented by attorney) <br><br> **6/4/2013** <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X_____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney*** <br><br> **X /s/ Ruben E. Vasquez** <br> Ruben E. Vasquez     Bar No. **24039223** <br><br> **The Vasquez Law Firm** <br> **5411 IH-10 West, Suite 100** <br> **San Antonio, Texas 78201** <br><br> Phone No. **(210) 229-2067**    Fax No. **(210) 733-0439** <br><br> 6/4/2013 <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X_____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X_____ <br> Signature of Authorized Individual <br><br> _____ <br> Printed Name of Authorized Individual <br><br> _____ <br> Title of Authorized Individual <br><br> _____ <br> Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.* 11 U.S.C. § 110; 18 U.S.C. § 156. |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2013 (Build 9.1.80.1, ID 3969568013)*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: **Emilio H. Navaira, III**
**Maria Eugenia Navaira**

CASE NO. **12-52609**

CHAPTER **7**

## Certificate of Service

I hereby certify that a true and correct copy of the Foregoing Amended Petition (to correct spelling of Debtor's first name) was served via Electronic means as listed on the Court's ECF noticing system and/or Regular First-Class Mail to the following entities, parties-in-interest and all creditors on the attached matrix on this 4th day of June, 2013.

Date: **6/4/2013**

/s/ Ruben E. Vasquez
**Ruben E. Vasquez**
Attorney for the Debtor(s)

Emilio H. Navaira, III
P.O. Box 397
Von Ormy, TX 78073

IRS - Special Procedures
PO Box 21126
Philadelphia, PA 19114

Johnny W. Thomas
St. Paul Square
1153 E. Commerce
San Antonio, Texas 78205

Maria Eugenia Navaira
PO Box 397
Von Ormy, TX 78073

US Attorney
601 NW Loop 410 Ste 600
San Antonio, TX 78216

US Trustee
PO Box 1539
San Antonio, TX 78295

12-52609-rbk  Doc#20  Filed 06/04/13  Entered 06/04/13 16:16:49  Main Document  Pg 5 of 6

Debtor(s): Emilio H. Navaira, III  Case No: **12-52609**  **WESTERN DISTRICT OF TEXAS**
Maria Eugenia Navaira  Chapter: **7**  **SAN ANTONIO DIVISION**

Afni, Inc.
PO Box 3427
Bloomington, IL 61702-3427

Capital One
Bankruptcy Dept.
PO Box 85167
Richmond, VA 23285-5167

Gap/GE Money
PO Box 965005
Orlando, FL 32896

American Express
PO Box 981540
El Paso, Texas 79998-1540

CarMax Auto Finance
P.O. Box 440609
Kennesaw, GA 30160

Goldman Phipps PLLC
Larry J. Goldman, Esq.
100 N.E. Loop 410, Ste 1500
San Antonio, Texas 78216

Asset Acceptance
PO Box 1630
Warren, MI 48090

CBNA
PO Box 6497
Sioux Falls, SD 57117

Household Bank
12447 SW 69th Ave.
Tigard, OR 97223

AT& T
2321 N University
Lubbock, Texas 79415

Chevron
PO Box 530950
Atlanta, GA 30353-0950

IRS - Special Procedures
PO Box 21126
Philadelphia, PA 19114

ATT Southwest
PO Box 164089
Columbus, OH 43216

Convergent Outsourcing
800 SW 39th St.
Renton, WA 98057

Johnny W. Thomas
St. Paul Square
1153 E. Commerce
San Antonio, Texas 78205

Bally Total Fitness
12440 E Imperial Hwy #3
Norwalk, CA 90650

Cynthia A. Navaira
c/o TX Attorney General
Child Support Division
PO Box 12017
Austin, TX 78711-2548

LVNV Funding
PO Box 10584
Greenville, SC 29603

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Cynthia A. Navaira
719 W. Vestal
San Antonio, Texas 78221

Macy's
Bankruptcy Processing
PO Box 8053
Mason, OH 45040

Bank of Texas NA
801 Cherry St. Ste 100
Fort Worth, Texas 76102

David Leon Willis
100 W. Houston St. Ste 1275
San Antonio, Texas 78205

Mary Navaira
834 Amber
San Antonio, Texas 78221

Bealls - WFNNB
Bankruptcy Department
PO Box 182125
Columbus, OH 43218-2125

Frost Bank
PO Box 34746
San Antonio, Texas 78265

Methodist Hospital
PO Box 99400
Louisville, KY 40269

Business & Professional Service
621 N. Alamo
San Antonio, Texas 78215

G JWL/CBNA
PO Box 6497
Sioux Falls, SD 57117

Midland Funding
8875 Aero Dr. Ste 200
San Diego, CA 92123

12-52609-rbk Doc#20 Filed 06/04/13 Entered 06/04/13 16:16:49 Main Document Pg 6 of 6

Debtor(s): Emilio H. Navaira, III  
Maria Eugenia Navaira  
Case No: 12-52609  
Chapter: 7  
WESTERN DISTRICT OF TEXAS  
SAN ANTONIO DIVISION

NCO FIN/35  
PO Box 41726  
Philadelphia, PA 19101

Social Security  
3438 E. Southcross  
San Antonio, Texas 78223-1633

Verizon Wireless  
PO Box 26055  
Minneapolis, MN 55426

Outsource Receivables  
372 24th St, Ste 300  
Ogden, UT 84401

Social Security Administration  
6401 Security Blvd  
Baltimore, MD 21235

Wells Fargo  
PO Box 45038  
Jacksonville, FL 32232

Pinnacle Credit Services  
7900 Highway 7 #100  
Saint Louis Park, MN 55426

Sprint PCS  
PO Box 660075  
Dallas, Texas 75266

Wells Fargo Bank  
800 Walnut St.- F4030-04C  
Des Moines, IA 50309

Portfolio Recovery  
PO Box 4115 Dept. 922  
Concord, CA 94524

SST/Cigpfi Corp  
4315 Pickett Rd.  
St. Joseph, MO 64503

Progressive Insurance  
Attn: Legal Dept.  
6300 Wilson Mills Road  
Mayfield Village, Ohio 44143

T-Mobile Bankruptcy Team  
PO Box 53410  
Bellevue, WA 98015-53410

Radio Shack  
300 Radio Shack Circle  
Mail Stop WS 5333 Credit Svcs  
Fort Worth, Texas 76102

Target National Bank  
c/o Target Credit Services  
PO Box 673  
Minneapolis, MN 55440-0673

Radio/CBSD  
PO Box 6497  
Sioux Falls, SD 57117

The Vasquez Law Firm  
5411 IH-10 West, Suite 100  
San Antonio, Texas 78201

Richard Vega c/o  
The Cowen Law Group  
Michael R. Cowen  
62 E. Price Road  
Brownsville, Texas 78521

U-Haul Moving & Storage  
1826 SW Military Dr.  
San Antonio, Texas 78221

Santander Consumer USA  
Bankruptcy Dept.  
PO Box 560284  
Dallas, TX 75356-0284

US Attorney  
601 NW Loop 410 Ste 600  
San Antonio, TX 78216

Shell Card Services  
P.O. Box 6406  
Sioux Falls, SD  57117

US Trustee  
PO Box 1539  
San Antonio, TX 78295